IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

L.E.A, by her next friend Danisha Parker, )
*et al.,* )
    Plaintiffs )
     )
v. )     Civil Action No. 6:15-cv-00014-NKM
     )
Bedford County School Board, *et al.* )
    Defendants. )

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Defendants having not filed an Answer, Plaintiffs, by counsel, hereby stipulate to dismissal of this action.

    RESPECTFULLY SUBMITTED,
    L.E.A, by her next friend Danisha Parker, *et al.,*

    *s/ Melvin E. Williams*
    Of counsel

Melvin E. Williams (VSB No. 43305)
MEL WILLIAMS PLC
1320 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857 *facsimile*
mel@melwilliamslaw.com

Certificate of Service

On this 7th day of August 2015, the foregoing document was filed using the Court's CM/ECF system, which will send electronic notification to counsel of record.

    *s/ Melvin E. Williams*